**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Roche Diagnostics Operations  v.  Lifescan Incorporated

No. 15-1356

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    LifeScan Incorporated
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: William C. Rooklidge
Law firm: Gibson, Dunn & Crutcher LLP
Address: 3161 Michelson Drive
City, State and ZIP: Irvine, CA 92612-4412
Telephone: (949) 451-4009
Fax #: (949) 475-4752
E-mail address: wrooklidge@gibsondunn.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 10, 1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

03/06/2015                      /s/ William C. Rooklidge
Date                            Signature of pro se or counsel

cc: Grantland G. Drutchas, McDonnell Boehnen Hulbert & Berghoff LLP

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | Mar 6, 2015 |
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| William C. Rooklidge | | /s/ William C. Rooklidge |
| Name of Counsel | | Signature of Counsel |

Law Firm | Gibson, Dunn & Crutcher LLP |

Address | 3161 Michelson Dr., Ste. 1200 |

City, State, ZIP | Irvine, CA  92612 |

Telephone Number | (949) 451-4009 |

FAX Number | (949) 475-4752 |

E-mail Address | wrooklidge@gibsondunn.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.