**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Roche Diagnostics Operations    v.  LifeScan Incorporated

No. 2015-1356

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:    Nova Biomedical Corporation
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Bradford J. Badke |
| Law firm: | Ropes & Gray |
| Address: | 1211 Avenue of the Americas |
| City, State and ZIP: | New York, New York 10036 |
| Telephone: | 212-596-9031 |
| Fax #: | 646-728-1793 |
| E-mail address: | jim.badke@ropesgray.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2/17/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 3/6/2015 | /s/ Bradford J. Badke |
| Date | Signature of pro se or counsel |

cc: Philip Rovner, Grantland Drutchas, Mary Bourke, William Rooklidge

UNITED STATES COURT OF APPEALS
FEDERAL CIRCUIT

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, and CORANGE INTERNATIONAL LTD., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> LIFESCAN INCORPORATED., and NOVA BIOMEDICAL CORPORATION, <br><br> Defendants-Appellees. | Docket No. 2015-1356 |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of March, 2015, true and accurate copies of

(1) NOTICES OF APPEARANCE FOR BRADFORD J. BADKE AND SONA DE,

(2) CERTIFICATE OF INTEREST FOR NOVA BIOMEDICAL CORPORATION, and

(3) DOCKETING STATEMENT FOR NOVA BIOMEDICAL CORPORATION were served by

electronic filing and also sent by electronic mail to the following:

Philip A. Rovner
provner@potteranderson.com
POTTER ANDERSON & CORROON, LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

Grantland G. Drutchas
Drutchas@mbhb.Com
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

- 2 -

Mary W. Bourke
mbourke@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
(302) 252-4333

William C. Rooklidge
wrooklidge@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, 12th Floor
Irvine, CA 92612-4412
(949) 451-4009


Dated:  March 6, 2015
       New York, New York

_/s/ Vincent C. Sica_
Vincent C. Sica
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000